

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-18-00176-CR

| | | |
|---|---|---|
| KENDRA PHILLIANA MAXION, Appellant | § | On Appeal from the 297th District Court |
| | § | of Tarrant County (1398848D) |
| V. | § | December 31, 2018 |
| | § | Opinion by Justice Bassel |
| THE STATE OF TEXAS | § | (nfp) |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in the trial court's judgment. We delete $555 from the order to withdraw funds so that it reflects that $0 should be withdrawn from appellant's inmate trust account, and we delete the line in the trial court's judgment that states, "REPARATIONS IN THE AMOUNT OF $555." It is ordered that the judgment of the trial court is affirmed as modified.

SECOND DISTRICT COURT OF APPEALS

By /s/ Dabney Bassel
Justice Dabney Bassel